FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL F.,<br><br>            Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,[1]<br><br>            Defendant. | No: 1:21-CV-03002-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 17. The Plaintiff is represented by Attorney D. James Tree. The Defendant is represented by Special Assistant United States Attorney Katherine B. Watson.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew M. Saul as the defendant in this suit. No further action need be taken to continue this suit. *See* 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, ECF No. 17, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner of Social Security, the Appeals Counsel should remand this case to the Administrative Law Judge (ALJ). On remand, the ALJ shall do the following: (1) further develop the record and obtain a complete opinion from consultative examiner, Dr. Billings; (2) re-evaluate the opinion evidence; (3) offer the claimant an opportunity for a new hearing and re-evaluate the claimant's symptom testimony in accordance with 20 C.F.R. §§ 404.1529, 416.929 and Social Security Ruling 16-3p; (4) re-evaluate the claimant's residual functional capacity; (5) obtain supplemental vocational expert testimony; and (6) issue a new decision.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the file.

**DATED** September 2, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 3